```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF KENTUCKY
                          LEXINGTON DIVISION


IN RE:

CLASSICSTAR LLC                                  CASE NO. 07-51786

DEBTOR

JAMES D. LYON                                    PLAINTIFF

v.                                               ADV. NO. 09-5125

BAKER & HOSTETLER LLP                            DEFENDANT
```

**MEMORANDUM OPINION**

This matter having come before the Court on Motion of Defendant Baker & Hostetler LLP for Summary Judgment Against Plaintiff James D. Lyon (DOC 12), and a hearing having been held on March 5, 2010, and the matter having been taken under submission, the Court hereby issues this Memorandum Opinion.

Defendant seeks summary judgment based on essentially two arguments.

The first argument is that Plaintiff has failed to submit any evidence that is based on personal knowledge and thus has failed to present any evidence to counter a well-supported motion for summary judgment. Here the Trustee is not relying on personal knowledge, rather he is relying on knowledge obtained by being the custodian of records. Rule 803(6) of the Federal Rules of Evidence allows business records into evidence. For that reason, Plaintiff has submitted evidence to counter the motion for summary judgment.

The second argument is that ClassicStar has received reasonably equivalent value by reducing its antecedent debt as a matter of law. Defendant cites In re Wilkinson, 196 Fed. Appx. 337 (6th Cir. 2006)

for this proposition. The <u>Wilkinson</u> Court found, *inter alia*, that a benefit is reasonably equivalent in value when there is a dollar-for-dollar reduction in debt. <u>Id</u>. at 342. Here, there is no dispute that ClassicStar made payments of approximately $848,000.00 to Defendant and the debt to Defendant was then reduced in a dollar-for-dollar amount of $848,000.00. For that reason, Plaintiff cannot establish that ClassicStar did not receive equivalent value. This Memorandum Opinion constitutes the Court's Findings of Fact and Conclusions of Law. A separate order dismissing the case shall be entered.

COPIES TO:

Earl M. Forte, Esq.
James T. Strawley, Esq.
John O. Morgan, Jr., Esq.
Jonathan Scott Goldman, Esq.
Eric R. Goodman, Esq.
Joseph F. Hutchinson, Jr., Esq.
Wendy J. Gibson, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge
Dated: Tuesday, March 09, 2010
(jms)**